**UNITED STATES of America, Appellant, v. William James WALSH.**

No. 11474.

Circuit Court of Appeals, Eighth Circuit.
April 14, 1939.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn.

Peter S. Rask, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal, 24 F.Supp. 877, docketed and dismissed without costs to either party in this court, per stipulation of parties.

**UNITED STATES of America, v. Joseph L. ZERBONI, Administrator With the Will Annexed of the Estate of Marie Rough Zerboni, Deceased.**

No. 9332.

Circuit Court of Appeals, Ninth Circuit.
Oct. 9, 1939.

Ben Harrison, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal.

Dempsey & Mackay, of Los Angeles, Cal., for appellee.

Before WILBUR and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court in this cause issue forthwith.

**UNITED STATES of America ex rel. LEUNG FOOK, Next Friend and Father of Leung Chee Dai, Appellant, v. Rudolph REIMER, Director of Immigration and Naturalization at the Port of New York, Appellee.**

No. 36.

Circuit Court of Appeals, Second Circuit.
Oct. 30, 1939.

James C. Thomas, of New York City, for appellant.

John T. Cahill, U. S. Atty., of New York City (Ambrose J. Delehanty, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on authority of United States ex rel. Fong Lung Sing v. Day, 2 Cir., 37 F.2d 36.

**James K. WALKER, Appellant, v. UNITED STATES of America.**

No. 11610.

Circuit Court of Appeals, Eighth Circuit.
Oct. 28, 1939.

Alpha N. Brown, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal from District Court docketed and dismissed under Rule 37 of this Court. Defendant ordered to surrender to custody, etc.